# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| WENGUI GUO,<br><br>          Plaintiff,<br><br>- against -<br><br>BAOSHENG GUO,<br><br>          Defendant. | CASE No. 1:18-CV-01064-TSE-IDD |

## PLAINTIFF'S EXHIBIT LIST

Pursuant to the Court's Order filed August 7, 2019, Dkt. 68, Plaintiff provides the following list of exhibits he presently intends to use at trial. Plaintiff reserves the right to introduce any exhibits identified on Defendant's exhibit list and any document filed with the Court in this action, to introduce each exhibit in any or all phases of trial, and to amend this exhibit list to add exhibit(s) that may become necessary based upon Court rulings or evidentiary issues at trial and for impeachment, rebuttal or other purposes.

| Plaintiff Exhibit Number | Description |
|---|---|
| 1 | Tweet by @milpitas95035 dated April 21, 2018, 6:52 p.m. • ✓ 12/17/19 W. Guo |
| 2 | Tweet by @milpitas95035 dated April 26, 2018, 2:04 p.m. • ✓ 12/17/19 W. Guo |
| 3 | Tweet by @milpitas95035 dated April 27, 2018, 6:43 p.m. • ✓ 12/17/19 W. Guo |
| 4 | Tweet by @milpitas95035 dated April 28, 2018, 6:47 p.m. • ✓ 12/17/19 W. Guo |
| 5 | Tweet by @milpitas95035 dated May 4, 2018, 1:16 a.m. |
| 6 | Tweet by @milpitas95035 dated May 21, 2018, 9:29 a.m. |
| 7 | Tweet by @milpitas95035 dated May 25, 2018, 6:11 a.m. |

| 8  | Tweet by @milpitas95035 dated June 12, 2018, 8:18 a.m. |
|----|--------------------------------------------------------|
| 9  | Tweet by @milpitas95035 dated June 12, 2018, 8:23 a.m. |
| 10 | Tweet by @milpitas95035 dated July 10, 2018, 2:06 p.m. |
| 11 | Tweet by @milpitas95035 dated July 23, 2018, 9:49 a.m. |
| 12 | Tweet by @milpitas95035 dated September 6, 2018 |
| 13 | Video posted online by 寶勝傳媒BSMedia July 23, 2018 at https://youtu.be/g9U3Pwp0Axg |
| 14 | Video posted online by 寶勝傳媒BSMedia, streamed live on October 2, 2017, located at https://www.youtube.com/watch?v=JzMO0cCCR54 |
| 15 | Video posted online by 寶勝傳媒BSMedia, streamed live on October 2, 2017, located at https://www.youtube.com/watch?v=ExkIdhfU1QE |
| 16 | Correspondence between Defendant and Yvette Wang produced as Guo Baosheng's Emails to Yvette-20190103T190158Z-001 |
| 17 | Correspondence between Plaintiff and Defendant produced as Guo Baosheng's WhatsApp with Guo-(07_27_2017-07_31_2017)-20190103T190251Z-001 |
| 18 | Correspondence between Plaintiff and Defendant produced as Guo Baosheng's WhatsApp with Guo-(10_17_2017-05_30_2018)-20190103T190412Z-001 |
| 19 | Correspondence between Defendant and Yvette Wang produced as Guo Baosheng's WhatsApp with Yvette-20190103T194502Z-001 |
| 20 | Electronically filed notice of removal with letter attachment, Dkt. 1, pages 1-13, case: 1:18-cv-01064-TSE-IDD |
| 21 | Consultation Agreement (memorandum), undated |
| 22 | Retention of Services Agreement, undated, identified as document 00108338 |

Plaintiff's Exhibit 5 • ✓ 12/17/19 W. Guo

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019, I caused an accurate copy of plaintiff Wengui Guo's exhibit list to be filed with the Clerk of Court using the CM/ECF system, which sent a notification of such filing to the following:

John C. Altmiller, Esquire
VA Bar No. 34902
Pesner Kawamoto PLC 7926
Jones Branch Drive, Suite 930
McLean, VA 22102
Telephone (703) 506-9440
Facsimile (703) 506-0929
jaltmiller@pesnerkawamoto.com
*Counsel for Defendant*

/s/ J. David Morrissy
J. David Morrissy, Esq.
VA Bar No. 93113
Zeichner Ellman & Krause
409 7th Street NW
Suite 300
Washington, DC 20004
dmorrissy@zeklaw.com
Telephone: (202) 783-0316
Fax: (212) 753-0396
*Counsel for Plaintiff*

1030968