IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WENGUI GUO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:18-cv-01064-TSE-IDD |
| BAOSHENG GUO, | ) |
| Defendants. | ) |

## DEFENDANT/COUNTER-PLAINTIFF BAOSHENG GUO'S EXHIBIT LIST

Exhibit #

COMES NOW Defendant and Counter-plaintiff Baosheng Guo, by counsel, and for his exhibit list, includes the following:

1. Form 1099-MISC (2016 from Broadcasting Board of Governors regarding Payer's federal identification number 52-2260085, and Recipient Baosheng Guo   #5 ✓12/19 B.Guo

2. Email dated February 7, 2017 from Lihua Liu to Defendant/Counter-plaintiff regarding VOA Contracting and Payment for Appearance   #6

3. Payment Notification from Broadcasting Board of Governors   #7 ✓12/19 B.Guo

4. Invoice from Radio Free Asia dated June 22, 2017 indicating $250.00 invoice amount   #8 ✓12/19 B.Guo

5. Editorial Consultant Agreement dated September 20, 2017 between Radio Free Asia (RFA) and Defendant/Counter-plaintiff for RFA's Mandarin Service #1050   #9 ✓12/19 B.Guo

6. Certification of Ordination dated February 8, 2014 reflecting Rev. David Wong, Rev. Boli Zhang, and Rev. Abraham Chen as Officiating Pastors   #10 ✓ B.Guo 12/18/19

7. Harvest Seminary Degree of Master of Divinity dated May 15, 2011 given in the City of Milpitas in the State of California   #11 ✓ B.Guo 12/18/19

8. BB&T Wire Transfer Operations dated September 5, 2017 in the amount of $9,980.00 for the benefit of "CHINATWT PARTY CO"   #12 ✓ 12/18 B.Guo

9. Commonwealth of Virginia State Corporation Commission Certificate of Incorporation of CHINATWT PARTY, CO. Effective as of August 17, 2017   #13 ✓ 12/18 B.Guo

10. Wells Fargo Preferred Checking Bank Statement of Defendant/Counter-plaintiff showing ending balance of $51,383.32 between June 22, 2017 and July 24, 2017   #14 ✓ 12/18 B.Guo

11. Best Buy Invoice showing purchase of one unit of "Sony - 65" (64.5" Diag.)" for $1,199.99 and one unit of "Basic TV Mounting" for $129.99   #15 ✓ 12/18 B.Guo

12. Invoice for Stickers of Bald Eagle, Beach Scene, City Night Sky, and White House   #16 ✓ B.Guo - 12/18

13. Wayfair Invoice to Defendant/Counter-plaintiff for Purchase of two units of "Hattle Black Office Writing Desk by Latitude Run" for a total cost in the amount of $326.46   #17 ✓ B.Guo 12/18

14. Transcript of Deposition of Wengui Guo dated January 23, 2019 at the law office of Zechner, Ellman & Krause

15. Video Recording of Deposition of Wengui Guo dated January 23, 2019 at the law office of Zechner, Ellman & Krause

16. Amazon.com Invoice showing Purchase of one unit of ChargerCity Periscope Live Video Streaming Photo Booth 7-12" Tablet Stand w/52" TRIPOD, 360° Vibration Free Joint mount, Holder & Bluetooth Remote for Apple iPad Air Pro MINI Samsung Galaxy Tab Tablets for $48.94 by Defendant/Counter-plaintiff on June 8, 2019 and shipped on June 9, 2017   #18 ✓ 12/18 B.Guo

17. Condensed Transcript of Deposition of Defendant/Counter-Plaintiff dated January 23, 2019 at the law office of Zechner, Ellman & Krause

18. BB&T Account Statement of CHINATWT PARTY CO for September 29, 2017   #19 ✓ 12/18 B.Guo

Exhibit #

19. Bill Statement from B&H dated June 8, 2018 for for June 7, 2018 purchase of itemized video and recording equipment in total order amount of $4,924.39  #20 ✓12/18 B. Guo

20. Full Compass Systems, Ltd Invoice dated September 11, 2017 for purchase of Telestream Wirecast Gear 110 for single unit price of $4,795.20  #21 ✓12/18 B. Guo

21. Screenshots and images from Guo.Media website showing copy of first page of First Amended Complaint in *Wengui Guo a/k/a Miles Kwok v. Shuiyuan Cheng, et al.*, Case No. A-18-779172-C filed in the District Court of Clark County, Nevada and image of Defendant/Counter-plaintiff's Virginia Driver's License  #1

22. Google document showing Earnings from YouTube between November 1-30, 2017 in the amount of $4,996.27  #22

23. Capital Linguists LLC Certification of Translation Accuracy dated October 30, 2018.

24. YouTube Video Interview, Plaintiff interviewed by Ms. An Hong and Mr. Qiu Yue. Commemorating the June 4th. June 2, 2018 (https://youtu.be/LK1Vj5_jNu8)

25. Plaintiff's June 4, 2018 YouTube video (https://youtu.be/73TiA888Z6o)  #2 ✓12/18

26. Plaintiff's June 5, 2018 YouTube video (https://youtu.be/YmsUSP_LLvU)

27. Plaintiff's June 10, 2018 YouTube video (https://youtu.be/9Xd_X9IA5p0)

28. Plaintiff's June 11, 2018 YouTube video (https://youtu.be/vpMs776WLw0)  - #27

29. Plaintiff's June 16, 2018 YouTube video (https://youtu.be/ySNFfgMbjd4)  - #28

30. Plaintiff's June 30, 2018 YouTube video (https://youtu.be/pdOONRsuM98)  — #3 ✓12/18

31. YouTube Video, Livestream from www.guo.media, July 18, 2018 - #4 (https://youtu.be/yG74h8-MMWA)

32. Plaintiff's September 2, 2018 YouTube video (https://youtu.be/J91ltA1yzZ8)

\* Defendant's Exhibit 29 ✓ W. Guo 12/18/19.
\* Defendant's Exhibit 30 ✓ 12/18/19
\* Defendant's Exhibit 31 ✓ 12/18/19

33. "David Boies' Law Firm Sues Chinese Exile Guo Wengui Over Unpaid Legal Bills" by Nathan Vardi, Forbes Staff, November 26, 2018 (https://www.forbes.com/sites/nathanvardi/2018/11/26/david-boies-law-firm-sues-chinese-exile-guo-wengui-over-unpaid-legal-bills/)

34. "China says Interpol 'red notice' issued for tycoon Guo Wengui," Reuters, World News, April 19, 2017 (https://www.reuters.com/article/us-china-corruption/china-says-interpol-red-notice-issued-for-tycoon-guo-wengui)

35. "Steve Bannon, Chinese Critic Create Fund to Investigate Beijing" by Cezary Podkul & Brian Spegele, The Wall Street Journal, November 20, 2018 (https://www.wsj.com/articles/bannon-chinese-critic-create-fund-to-investigate-beijing-1.:759820)

36. "The Mystery of the Exiled Billionaire Whistle-Blower" by Lauren Hilgers, Feature, The New York Times Magazine, January 10, 2018 (https://www.nytimes.com/2018/01/10/magazine/the-mystery-of-the-exiled-billionaire-whistleblower.html) #23

37. "Chinese Official Tied to Billionaire Fugitive Is Sentenced to Life in Prison" by Javier C. Hernández, The New York Times, December 27, 2018 (https://nyti.ms/2Glr5q8) #24

38. "Chinese Fugitive Tycoon Guo Wengui Beats Hedge Fund In U.S. Court As $88 Million Lawsuit Tossed" by Nathan Vardi, Forbes.com (https://www.forbes.com/sites/nathanvardi/2017/09/20/chinese-fugitive-tycoon-guo-wengui-beats-hedge-fund-in-u-s-court-as-88-million-lawsuit-tossed/#5999d96a135d)

39. Wengui Guo Wikipedia Page (https://en.wikipedia.org/wiki/Guo_Wengui) #26

Exhibit #
#25

40. "Former Head Of Chinese Counterintelligence Sentenced To Life In Prison" by Scott Neuman, NPR (https://www.npr.org/2018/12/28/680616967/former-head-of-chinese-counter-intelligence-sentenced-to-life-in-prison)

41. "Interpol issues red notice for Chinese tycoon Guo Wengui 'at Beijing's request' after corruption claim report" by Jun Mai and Nectar Gan, South China Morning Post (https://www.scmp.com/news/china/policies-politics/article/2088794/interpol-issues-red-notice-chinese-tycoon-guo-wengui)

42. Capital Linguists LLC Certification of Translation Accuracy dated January 9, 2019

43. Video, January 8, 2019 (https://youtu.be/-cbC6lVnM24)

44. Video, January 7, 2019 (https://youtu.be/YHISs3uM5Go)

45. Video, January 7, 2019 (https://youtu.be/Ryt2gTqj25E)

Respectfully submitted,

/s/ Alexander Laufer
Eisenhower & Laufer, P.C.
10560 Main Street, Suite 218
Fairfax, VA 22030
Tel: (703) 352-9690
Fax: (703) 352-9695
alex.laufer.elpc@gmail.com
*Counsel for Defendant*

/s/ John C. Altmiller
Pesner Kawamoto PLC
John C. Altmiller, Esquire
VA Bar No. 34902
7926 Jones Branch Road, Suite 930
McLean, Virginia 22102
Telephone (703) 506-9440
Facsimile (703) 506-0929
jaltmiller@pesnerkawamoto.com
*Counsel for Defendant*

Dated: September 23, 2019

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 25th day of September, 2019, I caused an accurate copy of the foregoing Exhibit List to be filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

John David Morrissy
Zeichner Ellman & Krause LLP
409 7th Street NW
Suite 300
Washington, DC 20004
*Counsel for Plaintiff*

/s/ John C. Altmiller
Pesner Kawamoto PLC
John C. Altmiller, Esquire
VA Bar No. 34902
7926 Jones Branch Road, Suite 930
McLean, Virginia 22102
Telephone (703) 506-9440
Facsimile (703) 506-0929
jaltmiller@pesnerkawamoto.com
*Counsel for Defendant*