IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| WENGUI GUO, <br>     Plaintiff, <br><br> v. <br><br> BAOSHENG GUO, <br>     Defendant. | Civil No. 1:18-cv-1064 <br> (Fourth Circuit No. 20-1081) |

## ORDER

This matter is before the Court following the Fourth Circuit's limited remand for the purposes of entering an Order that permits plaintiff's judgment against defendant and defendant's judgment against plaintiff to be satisfied by defendant's payment of $12,000 to plaintiff. By Order dated March 9, 2020, defendant was directed to pay $12,000 into the registry of the Court on or before March 16, 2020. The March 9, 2020 Order further directed the Clerk to issue the Court's check made payable to plaintiff Wengui Guo as the sole payee and to no other and to send the Court's check to plaintiff by registered mail at the plaintiff's address of record. The March 9, 2020 Order provided that once the Court's check was sent to plaintiff, the Clerk would mark both plaintiff's judgment against defendant and defendant's judgment against plaintiff as satisfied.

On March 9, 2020, defendant deposited $12,000 into the registry of the Court. The Court's check was mailed to plaintiff on March 23, 2020. Thus, both plaintiff's judgment against defendant and defendant's judgment against plaintiff have been satisfied.

Accordingly,

It is hereby **ORDERED** that the Clerk is **DIRECTED** to mark both plaintiff's judgment against defendant and defendant's judgment against plaintiff as satisfied.

It is further **ORDERED** that the Clerk is **DIRECTED** to place this matter among the ended

1

causes.

The Clerk is further directed to send a copy of this Order to all counsel of record and to the Clerk of the United States Court of Appeals for the Fourth Circuit.[1]

Alexandria, Virginia
April 3, 2020

/s/
T. S. Ellis, III
United States District Judge

---

[1] Defendant has represented that defendant would withdraw the appeal in the event defendant was permitted to satisfy both judgments by making a payment of $12,000.